# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina



Daniell Blaine Passons
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

D.T.A.R.C. F.T.A.R.C.
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Daniel Blaine Parsons
All other names by which you have been known: Danielle Blaine Parsons, Stormy
ID Number: 0778324
Current Institution: Scotland C.I. #4860
Address: 22385 McGirts Bridge Rd
Laurinburg, N.C. CC 28353

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: D.T.A.R.C.
Job or Title (if known): N.C. D.P.S. Prisons
Shield Number:
Employer: 831 W Morgan ST
Address: Raleigh, N.C. 27611
[x] Individual capacity  [x] Official capacity

Defendant No. 2
Name: F.T.A.R.C.
Job or Title (if known): N.C. D.P.S. Prisons
Shield Number:
Employer:
Address: All Prisons, N.C.
[x] Individual capacity  [x] Official capacity

Defendant No. 3
Name: N.C. Attorney General
Job or Title (if known):
Shield Number:
Employer:
Address: Raleigh N.C.

City — State — Zip Code

[x] Individual capacity   [x] Official capacity

Defendant No. 4
Name:
Job or Title (if known): Director of N.C. Prisons
Shield Number:
Employer:
Address: Raleigh, N.C. 27611

City — State — Zip Code

[x] Individual capacity   [x] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[x] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eighth Amendment Etc

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*Deliberate indifference, Unnecessary Wanton pain, Equal Protection Clause*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

IN 2016 N.C. prison D. T.a.R.C. FT.u. R.C. Told me IF I take Female Hormones for Two years N.P.b. would grant me gender confinment Surgery

7 years latter & Perment 38-B Female Breast letters they will not

They Started this. So finish it

Page 4 of 11

Case 1:23-cv-01035-TDS-JEP Document 2 Filed 11/20/23 Page 4 of 18

C. What date and approximate time did the events giving rise to your claim(s) occur?

2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023 Etc

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I have Morphed. Grew Female Breast, hips, Butt. I must take Female hormons untile I die. IF I stop Its like driveing down the Road in your car bomph & dropin your car in reverse." My Female 38-B Breast are permenent

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was Raped By N.C. prison Sgt. (See Parsons v. Andrews) Eastern District
I was sexualy assulted By South Dakota prison LT: Vandercamp Dec 021. N.C. prison sent me there may 021 to Keep me safe from assualts, Rapes.. They give me Nothing But hormon shots, Blockers. They have not Followed any othere orders By 4 Endocrinologist Medical Exspects for my treatment of Gender dysphoria. They diagnosed me with 2018

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. To Finish what they started. Give me Gender Conflrmation surgery
2. laser Face hair removel
3. my Bottom passhel that was Broke when agent member hit me
4. Pay all court Fees
5. 10,000 for pain, suffering & punishment for playing God.
6. To Chage my First Name to Danielle Blawe parsons Legdy

add LE at end of fuist name.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

L.C.I. A.C.I. E.C.I Central prisons, Warren C.I. Jameason Anex in South Dakoo M.C.I. S.C.I

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

P.L.R.A. 1983

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[x] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[x] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

   All above listed prisons

2. What did you claim in your grievance?

   Eight Amendment and see page 4 of 11 At Top Page

3. What was the result, if any?

   Denied me

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   SEE Inclosed Grievance move to ask court to order prison L.b. To do discovery amend lawsuits.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Eastern dismissed with out prejudice I think.
SEE Case No Inclosed 5:22-CT-3453-D

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Daniel B. Parsons # 0728324
   Defendant(s) D.T.a.R.C. F.T.A.RG

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Eastern District

3. Docket or index number
   5:22-CT-3453-D

4. Name of Judge assigned to your case
   James C. Dever III

5. Approximate date of filing lawsuit
   Jan 023

6. Is the case still pending?
   ? ☐ Yes ??
   ☑ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Dismissed with out prejudice

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

NO

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-14-23

Signature of Plaintiff: Daniell B. Parsons 0778324
Printed Name of Plaintiff: DAniel Blaine Parsons
Prison Identification #: 0778324  SSN# 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
Prison Address: S.C.I 4860 22385 McGirts Bridge Rd
Laurinburg   N.C   CC28353
City   State   Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City   State   Zip Code

Telephone Number: _____
E-mail Address: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CT-3453-D

DANIEL B. PARSONS, )
)
          Plaintiff, )
)
v. )    **ORDER**
)
T.A.R.C. STAFF, et al., )
)
          Defendants. )

On April 3, 2023, the court reviewed Parsons's complaint and numerous filings and dismissed the action, and the clerk entered judgment. See Order [D.E. 20]; Judgment [D.E. 21]. Parsons has filed several motions [D.E. 22, 23, 25], which are largely nonsensical and describe issues arising at another prison and after Parsons commenced this action. The motions [D.E. 22, 23, 25] lack merit and are DENIED. The clerk shall not accept any further filings in this case other than a notice of appeal.

SO ORDERED. This _8_ day of September, 2023.

                                     JAMES C. DEVER III
                                     United States District Judge

Case 5:22-ct-03453-D-RJ   Document 26   Filed 09/08/23   Page 1 of 1

Case 1:23-cv-01035-TDS-JEP   Document 2   Filed 11/20/23   Page 12 of 18

"Sent to Warden per policy"

U.S. Eastern District Federal Court.
Raleigh N.C. 27611

P.R.E.A.

DC-410 (Rev. 02/22)      Case No #5:22-CT-3453-D

P.R.E.A.
No statue limitation
on submitting.

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: Daniell B. Parsons        Offender #: 0728324

Location: Scotland Prison #4860           Date: 11-2-23

Grietance Statement: N.C. Prison's diagnosed me with gender dysphoria in July of 16 the T.A.R.C. made the diagnosis & the endocrinologist of U.N.C. they treatment plan they all chose for me is inadequate do to the prison T.A.R.C. Not following none of these Endocrinologist recommendations & Medical orders for my treatment of gender dysphoria, They in the course of 7 years tending to my physical & mental health causing me body pain & mental distress do to not being completly female & forcing me to live with male Inmates & two prison staff who rape me & sexual assaulted me "they" →

What remedy would resolve your grievance?:

SEE page No #2

Offender Signature: DBP Stemy

### OFFICIAL USE

Date received: 11/02/23        _Desmon_____          _____
                                Receiving Officer Signature        Staff ID

Facility #: 4860    Year: 2020    Housing #: MCON    Sequence #: 23562

Distribution: White - Facility Copy; Pink - Offender Copy

End Statement. "P.R.E.A."

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: Daniell Blane Parsons           Offender #: 0778324

Location: Scotland Prison 4860                 Date: 11-2-23

Grievance Statement: have shown deliberate indifference to my serious medical needs continuously from 2011 to present day & still do (see Estelle V. Gamble 429 US 97, 104-105 (1976) "the lack of recognition from prison staff & inmates caused me mental distress which leads to physical pain." They chose to follow a cheaper treatment plan for my care, when it was NC Prison staff that put me on female hormones stating if I took them daily for two years they would give me gender confirmation surgery & then house me with my female peers. But they will not.

What remedy would resolve your grievance?: (Send me Pink copy back for court.) For N.C. prison T.H.R.C. staff to finish what they started & give me gender confirmation surgery & then house me with my female peers. Follow Endocrinologist orders for my treatment care. Sincerely

Offender Signature: Daniell B. Parsons                Stormy
SSN# 230-98-490—.

**OFFICIAL USE**

Date received: 11/2/23     _____     _____
                           Receiving Officer Signature      Staff ID

Facility #: 4860    Year: 2023    Housing #: mcon    Sequence #: 23562

Distribution: White - Facility Copy; Pink - Offender Copy



# North Carolina Department of Adult Correction

Roy Cooper, Governor

Todd E. Ishee, Secretary

To: Clerk of Court, US District court
N.C. Middle District
324 W. Market St.
Greensboro, NC - 27401

**DC-410 Screening Response**

Regarding Grievance No.: 4860-2023-NPODD-23562
Received: 11/02/2023

Inmate: PARSONS, DANIEL B - 0778324
Location: 4860-SCOTLAND CI - NPODD015

The grievance you have submitted has been accepted and will begin a review process. A response will be sent within 15 calendar days of 11/02/2023.

| 11/02/2023 | LOCKLEAR, SHERRY L |
|---|---|
| Date | Staff Electronic Signature |

cc: CTS

Daniell Blaine Parsons #0778324 - R.H.C.P.
N.C. D.P.S. Raleigh, NC, 27611

#1 Supreme Court of N.C.
2 E Morgan St.
Raleigh, NC 27601

#2 Clerk's Office
Eastern United States District court
P.O. Bx 25670
Raleigh, N.C. 27611

SSN# 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

Danielle Blaine Parsons
Stormy

**MAILING ADDRESS:**
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602

WWW.NCDPS.GOV

An Equal Opportunity Employer

**OFFICE LOCATION:**
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602
Telephone: (910)844-3078
Fax: (910)844-3786

# North Carolina Department of Adult Correction

Roy Cooper, Governor                                    Todd E. Ishee, Secretary

**To:** Clerk of Court, U.S. District Court
N.C. Middle District
324 W. Market St.
Greensboro, N.C. 27401

**Step One - Unit Response**

~~Regarding Grievance No.: 4860-2023-NPODD-23562~~
Received: 11/02/2023

Inmate: PARSONS, DANIEL B - 0778324
Location: 4860-SCOTLAND CI - NPODD015

Per Ms. Laub in Mental Health, endocrinology recommendations do not dictate the decisions of the DTARC.

---

| 11/14/2023 | CHAVIS, MISTY S. |
|---|---|
| Date | Staff Electronic Signature |

(A)____ Agree with grievance response      (B)__✓__ Appeal to Step Two (24-hour limit)

11-14-23                                    Daniel B. Parsons
Date                                        Inmate Signature

---

Date                                        Witness Signature (optional)

Eastern District Federal Court              Case No. 5:22-CT-3453-D
Raleigh NK 27611

cc: CTS

Your Honor. N.C. Prisons pay for me to go be the above Medical exspert to treat my gender dysphoria. Not one But 3 EXSPERTS Recomend Gender Confirmation Surgery. I ask the courts to order N.C.P.L.S. Bex Kolins Staff Attorney to do my discovery please.

✱ See inclosed letter from them ✱

Sincerely Daniel B. Parsons #0778324
Soc-Sec No# 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.



MAILING ADDRESS:
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602

WWW.NCDPS.GOV        An Equal Opportunity Employer

OFFICE LOCATION:
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602
Telephone: (910)844-3078
Fax: (910)844-3786

# NORTH CAROLINA PRISONER LEGAL SERVICES, INC.
Post Office Box 25397
Raleigh, North Carolina 27611
(919) 856-2200
Facsimile Transmission (919) 856-2223

**CONFIDENTIAL LEGAL MAIL**

November 7, 2023

*To Clerk of Court U.S. District court*
*N.C. Middle District*
*324 W. Market St*
*Greensboro, N.C. 27401*

Ms. Daniel Parsons, OPUS#: 0778324
Scotland Correctional Institution
22385 McGirts Bridge Road
Laurinburg, CC 28353

NCPLS File: 22-0198040

Dear Ms. Parsons:

I hope this letter finds you in the best of health and spirits. Do you know what ever happened to that lawsuit that someone helped you file when you were in Eastern? I remember another prisoner assisted you in doing that based off a sample 1983 lawsuit I had sent him. If you are unsure, you can write the court (this would have been in the Eastern District).

Eastern District of North Carolina
Clerk of Court
PO Box 25670
Raleigh, NC 27611

I am also enclosing additional resources below to assist you in filing a lawsuit in case that one didn't go anywhere or if this is about something separate than the failure of DAC to provide you with gender affirming care (which I think is what the other lawsuit was about). As far as filing a lawsuit against officers in North Dakota, that is unfortunately outside my knowledge since it would be about North Dakota law and I am unfamiliar with that.

You may try writing to the ACLU of North Dakota with more information:

ACLU of North Dakota
P.O. Box 1190
Fargo, ND 58107

I hope this is helpful. Please keep your head up and remain strong. You are a survivor.

In light,


bex kolins
Staff Attorney

Enclosures: Legal Standards Memo, 1983 M. Packet